IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEASTER FOSTER,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**JAMES D. HARTLEY, Warden,**<br><br>　　　　　　　　　　Respondent. | 1:12-cv-01282 LJO MJS HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION**<br><br>(Doc. 16) |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On May 24, 2012, the Magistrate Judge issued a Findings and Recommendation that the Motion to Dismiss be DENIED. This Findings and Recommendation was served on all parties with notice that any objections were to be filed within thirty days of the date of service of the order. Neither party objected to the Findings and Recommendation.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Accordingly, having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 24, 2013, is ADOPTED;
2. Respondent's Motion to Dismiss is DENIED; and
3. The matter is referred to the assigned Magistrate Judge for further adjudication consistent with this order.

IT IS SO ORDERED.

Dated:  **August 1, 2013**                    **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE